United States District Court
Southern District of Texas
**ENTERED**
April 26, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHERYL PRIDGEN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-363 |
| | § | |
| TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, | § § | |
| | § | |
| Defendant. | § | |

# ORDER

BE IT REMEMBERED that on April 26, 2017, the Court considered the Joint Motion for Entry of Stipulated Dismissal (Dkt. No. 7) in the above-captioned case. Plaintiff Cheryl Pridgen ("Pridgen") and Defendant Transamerica Premier Life Insurance Company ("Transamerica") stipulate that all claims and causes of action filed in this matter should be dismissed with prejudice, with each party to bear its own costs. Dkt. No. 7 at 1.

Federal Rule of Civil Procedure 41 states, in part, that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "[A] voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (quoting *Ramming v. Natural Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004)).

This stipulation is signed by counsel for Pridgen and counsel for Transamerica. In accordance with the Joint Motion for Entry of Stipulated Dismissal and Rule 41(a)(1)(A)(ii), the Court **ORDERS** that the claims in the above-captioned case are **DISMISSED WITH PREJUDICE**.

The Court further **DIRECTS** the Clerk to close the case.

SIGNED this 26th day of April, 2017.

                                    Hilda Tagle
                                    Senior United States District Judge